HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR18-025-RSL |
| Plaintiff, ) | |
| ) | (~~PROPOSED~~) ORDER GRANTING MOTION TO RETURN DEFENDANT'S TRAVEL DOCUMENTS |
| v. ) | |
| PAUL STUART BRUNT, ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on Defendant's motion to return his enhanced Washington state driver's license to the Office of the Federal Public Defender. The Court has reviewed the motion and records in this case.

IT IS NOW ORDERED that the Clerk of the Court release Defendant's enhanced Washington state driver's license to the Office of the Federal Public Defender.

DONE this 4th day of March, 2019.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Paul Stuart Brunt

ORDER TO RETURN
DEFENDANT'S TRAVEL DOCUMENTS
(*USA v. Brunt* / CR18-025-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100