HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PAUL STUART BRUNT, <br> Defendant. | No. CR18-025-RSL <br><br> (~~PROPOSED~~) ORDER GRANTING MOTION TO RETURN DEFENDANT'S PASSPORTS |

THIS MATTER comes before the Court on Defendant's motion to return his Unites States passport to the Office of the Federal Public Defender. The Court has reviewed the motion and records in this case.

IT IS NOW ORDERED that the Clerk of the Court release Defendant's United States passports, identified in dkt #24, to the Office of the Federal Public Defender.

DONE this 19th day of March, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Paul Stuart Brunt

ORDER TO RETURN
DEFENDANT'S PASSPORTS
(*USA v. Brunt* / CR18-025-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
Seattle, Washington 98101
(206) 553-1100